IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:     JASON M. SHURTZ              CASE NO.: 05-54389 ERG
           DEBTOR                                    CHAPTER 7

### RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS

COMES NOW, Kimberly R. Lentz, Chapter 7 Trustee, and submits to the United States Bankruptcy Court, Southern District of Mississippi the following list of Unclaimed Funds, Claimants and Amounts pursuant to Rule 3011 of the United States Bankruptcy Code.

PAYEE:    Jason M. Shurtz (Surplus Funds to Debtor)

AMOUNT:   $497.27

REASON:   Debtor did not negotiate check and the envelope addressed to the debtor was returned to the Trustee as return to sender by PARS and unable to deliver or forward.

Respectfully Submitted on this 26th day of March, 2008.

/s/ Kimberly R. Lentz
KIMBERLY R. LENTZ, TRUSTEE

### CERTIFICATE OF SERVICE

I, KIMBERLY R. LENTZ, do hereby certify that the following have been served electronically via ECF with a copy of the foregoing document:

R. Michael Bolen, United States Trustee : USTPRegion05.JA.ECF@usdoj.gov

I further certify that I have mailed a true and correct copy of said document to:

Jason M. Shurtz
4401 Beatline Road, #9E
Long Beach, MS 39560

This the 26th day of March, 2008.

/s/ Kimberly R. Lentz
KIMBERLY R. LENTZ

KIMBERLY R. LENTZ
Chapter 7 Bankruptcy Trustee
2012 23RD AVENUE
GULFPORT MS 39502

GULFPORT MS 395
03 MAR 2008 PM 1 T

"LET US DARE TO READ,
THINK, SPEAK AND WRITE"
John Adams, 1765
[postage indicia] $0.410
US POSTAGE
FIRST-CLASS
062S0005035393
39501
stamps
C87836.19

3356034123 R001

SHURTZ, JASON M
4401 BEATLINE RD, #9E
LONG BEA

392 3/15/2008
RETURN TO SENDER BY PARS
UNABLE TO DELIVER OR FORWARD

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION
32-1/1110 TX
0

CHECK NUMBER
1004

KIMBERLY R. LENTZ
2012 23RD AVENUE
GULFPORT, MISSISSIPPI 39501

UNCLAIMED FUNDS

| DATE | AMOUNT |
|---|---|
| 3/26/2008 | *********497.27 |

ZNJM3906

**1992777**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 05-54389 | Debtor: JASON M SHURTZ |

*Four Hundred Ninety Seven Dollars And 27/100*

UNITED STATES BANKRUPTCY COURT
DAN M. RUSSELL, JR. U.S. COURTHOUSE
2012 15TH STREET, SUITE 244
GULFPORT, MS 39501

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001004⑈ ⑆111000012⑆ 4429144734⑈

| Date: 3/26/2008 | Check Number: 1004 | Amount: $497.27 |
|---|---|---|
| Case Number 05-54389<br>Debtor Name: JASON M SHURTZ | | |
| Paid To: UNITED STATES BANKRUPTCY COURT<br>DAN M. RUSSELL, JR. U.S. COURTHOUSE<br>2012 15TH STREET, SUITE 244<br>GULFPORT, MS 39501 | Trustee: KIMBERLY R. LENTZ<br>2012 23RD AVENUE<br>GULFPORT, MISSISSIPPI 39501 | |
| Description: UNCLAIMED FUNDS | | |
| Bank Account Number: 4429144734 | | |